```
TANNER SHELTON SWINDLE        KASHABLE LLC
66 JADEN CT                   ATTN: BANKRUPTCY DEPT
LUCEDALE, MS 39452            489 5TH AVE
                             18TH FLOOR
                             NEW YORK, NY 10017


THOMAS C. ROLLINS, JR.        KEESLER FCU
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                P.O.BOX 7001
JACKSON, MS 39236             BILOXI, MS 39531



AFFIRM, INC.                  LOANCARE LLC
ATTN: BANKRUPTCY              ATTN: BANKRUTPTCY
650 CALIFORNIA ST             P.O.BOX 8068
FL 12                         VIRGINIA BEACH, VA 23450
SAN FRANCISCO, CA 94108


BRIDGECREST ACCEPTANCE        MCCALLA RAYMER LEIBERT
ATTN: BANKRUPTCY              251 TRACE COLONY PARK
PO BOX 53087 SUITE 100        STE A
PHOENIX, AZ 85072             RIDGELAND, MS 39157



CAPITAL ONE                   ONE ADVANTAGE LLC
ATTN: BANKRUPTCY              127 EAST SHORE PRKWY
PO BOX 30285                  SUITE A
SALT LAKE CITY, UT 84130      LA PORTE, IN 46350



COMENITYCAPITAL/MYACAD        ROADRUNNER ACCOUNT
PO BOX 182120                 ATTN: BANKRUPTCY
COLUMBUS, OH 43218            5525 N MACARTHUR BLVD
                             STE 660
                             IRVING, TX 75038


FORTIVA                       SINGING RIVER HOSPITAL
ATTN: BANKRUPTCY              PO BOX 789
PO BOX 105555                 OCEAN SPRINGS, MS 39566
ATLANTA, GA 30348



INTERNAL REVENUE SERVI        US ATTORNEY GENERAL
CENTRALIZED INSOLVENCY        US DEPT OF JUSTICE
P.O. BOX 7346                 950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19101-734    WASHINGTON, DC 20530-0001


INTERNAL REVENUE SERVI        VERIZON
C/O US ATTORNEY               PO BOX 11328
501 EAST COURT ST             SAINT PETERSB, FL 33733
STE 4.430
JACKSON, MS 39201
```