Certificate Number: 14688-MSS-DE-041351571

Bankruptcy Case Number: 26-51222

14688-MSS-DE-041351571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2026, at 9:28 o'clock PM CDT, Tanner Swindle completed a course on personal financial management given by internet by $10 Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 21, 2026

By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Managing Director