United States Bankruptcy Court
Southern District of Mississippi

In re: Tanner Shelton Swindle
Debtor

Case No. 26-51222-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Oct 28, 2026 Form ID: n032 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanner Shelton Swindle, 66 Jaden Ct, Lucedale, MS 39452-5247 |
| 5702548 | + | McCalla Raymer Leibert, 251 Trace Colony Park, Ste A, Ridgeland, MS 39157-8857 |
| 5702550 | + | Roadrunner Account, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 5702551 | + | Singing River Hospital, PO Box 789, Ocean Springs, MS 39566-0789 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 20:27:12 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 28 2026 20:21:00 | Lakeview Loan Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 5702538 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 28 2026 20:27:14 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5702539 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 28 2026 20:22:00 | Bridgecrest Acceptance, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 5703531 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 20:27:12 | Bridgecrest Acceptance Corporation Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5732969 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 20:27:12 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5702540 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 20:27:23 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5702541 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2026 20:22:00 | Comenitycapital/myacad, Po Box 182120, Columbus, OH 43218-2120 |
| 5702542 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2026 20:21:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5702544 | + | Email/Text: ebone.woods@usdoj.gov | Oct 28 2026 20:22:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5702543 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2026 20:22:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5720286 | | Email/Text: bankruptcy@kashable.com | Oct 28 2026 20:21:00 | Kashable LLC, PO Box 4287, New York, NY 10163 |
| 5702545 | | Email/Text: bankruptcy@kashable.com | Oct 28 2026 20:21:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |

| | | | | |
|---|---|---|---|---|
| 5704972 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 28 2026 20:21:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLP, For Lakeview Loan Servicing, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5702546 | + | Email/Text: melissa.martin@kfcu.org | Oct 28 2026 20:22:00 | Keesler FCU, Attn: Bankruptcy, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5707098 | | Email/Text: melissa.martin@kfcu.org | Oct 28 2026 20:22:00 | Keesler Federal Credit Union, P O Box 7001, Biloxi MS 39534 7001 |
| 5733013 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 28 2026 20:21:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 5702547 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 28 2026 20:21:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 5702549 | ^ | MEBN | Oct 28 2026 20:17:46 | One Advantage LLC, 127 East Shore Prkwy, Suite A, La Porte, IN 46350-2382 |
| 5729069 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 20:27:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5717673 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2026 20:22:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5721080 | + | Email/Text: bncmail@w-legal.com | Oct 28 2026 20:21:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5702552 | ^ | MEBN | Oct 28 2026 20:17:53 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5702553 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 28 2026 20:21:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |
| 5727873 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2026 20:27:13 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor Lakeview Loan Servicing LLC karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Tanner Shelton Swindle trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−51222−KMS
**Chapter:** 13

**In re:**

Tanner Shelton Swindle
fka Tanner Lamont Nall
66 Jaden Ct
Lucedale, MS 39452

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 28, 2026

Danny L. Miller, Clerk of Court