**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MS**

Chapter: 13
Case No: 2651222

In re: TANNER SHELTON SWINDLE

Account Number: 9347

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 9 filed on or about 09/28/2026 in the amount of $2,612.71 .

On this 11/16/2026.

By: /s/ Zachery C. Hayes
Zachery C. Hayes, Bankruptcy Representative
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I sent a true and correct copy of the foregoing correspondence, via electronic mail or U.S. Mail, postage fully prepaid, to the following parties in interest unless they are served automatically via CM/ECF.

**THOMAS CARL ROLLINS, JR**
THE ROLLINS LAW FIRM, PLLC
PO Box 13767
Jackson MS 39236

**WARREN A. CUNTZ, JR.**
PO Box 3749
Gulfport MS 39505

By: /s/Zachery C. Hayes
Zachery C. Hayes, Bankruptcy Representative
Portfolio Recovery Associates, LLC
PO BOX 41067
Norfolk, VA 23541
Email: Bankruptcy_Info@portfoliorecovery.com